FILED - KZ
April 9, 2021 11:11 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems Scanned by EMS 4/9

To whom it may concern:
My name is Corey Anthony Goss
Case # 1:11-CR-187-02

I would like a copy of my sentence agreement. I am currently serving time in FCI Correctional Institution Elkton P.O. Box 10, Lisbon, Ohio 44432

Thank you
Corey A. Goss

Corey A Goss
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432

JACKSONVILLE FL 320
6 APR 2021 PM 2 L

Earth Day
April 22

EARTH DAY
FOREVER

OFFICE of Clerk
400 W. Michigan Ave
Kalamazoo, MI 49007

49007-375799